AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td style="text-align:center"><em>Plaintiff</em></td><td>)</td><td></td></tr>
<tr><td style="text-align:center">v.</td><td>)</td><td>Case No.</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td style="text-align:center"><em>Defendant</em></td><td>)</td><td></td></tr>
</table>

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .


Date: _____


_____

*Attorney's signature*


_____

*Printed name and bar number*


_____

*Address*


_____

*E-mail address*


_____

*Telephone number*


_____

*FAX number*