IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TUSHAWN CRAIG, MARQUETTA STOKES, DAISY HELTON, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CASE NO. 1:25-cv-782-MPB-KMB ) |
| CORNERSTONE TRADING GROUP, LLC, et al. | ) ) |
| Defendants. | ) |

**NOTICE FOR VOLUNTARY DISMISSAL OF DEFENDANT, MY-WAY TRADING, INC.**

COMES NOW, Plaintiffs, by counsel, and pursuant to Federal Rule of Civil Procedure 41(a), hereby give notice that the action against Defendant, My-Way Trading, Inc., only, is voluntarily dismissed. Defendant My-Way Trading, Inc., has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiffs notices a voluntary dismissal of this action against Defendant, My-Way Trading, only, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(b).

Respectfully submitted,

CROSSEN LAW FIRM, LLC


/s/Trevor J. Crossen
Trevor J. Crossen, #18592-49
*Attorney for Plaintiffs*

**CROSSEN LAW FIRM, LLC**
4661 Lisborn Drive
Carmel, IN 46033
Telephone: 317-939-6800
Fax: 317-939-6801
Trevor@crossenlawfirm.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was electronically filed and duly served using the CM/ECF system on May 5, 2025, to the following:

| | |
|---|---|
| **Bose McKinney & Evans LLP** <br> Andrew M. McNeil <br> Bradley R. Sugarman <br> Seth M. Thomas <br> Jackson L. Schroeder <br> amcneil@boselaw.com <br> bsugarman@boselaw.com <br> sthomas@boselaw.com <br> jschroeder@boselaw.com <br><br> *Attorneys for Defendant, Third-Party Defendant and Crossclaimant City of Richmond, Indiana* | **Lipinski Law** <br> Arie Lipinski <br> 951 N. Delaware Street <br> Indianapolis, IN 46202 <br> lipinski@lipinski-law.com <br><br><br><br><br> *Attorney for Seth Smith, Cornerstone Trading Group, LLC, and My-Way Trading Inc.* |

                                                  /s/Trevor J. Crossen
                                                  Trevor J. Crossen

**CROSSEN LAW FIRM, LLC**
4661 Lisborn Drive
Carmel, IN 46033
(317) 939-6800
Trevor@crossenlawfirm.com
Gina@crossenlawfirm.com
Andrew@crossenlawfirm.com